No. 51177.—Protests 65330–K, etc., of Joseph A. McNulty (New York).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the action of the collector, which was presumptively correct. The protests were therefore overruled.

No. 51178.—Protests 49231–K, etc., of Lekas & Drivas, Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.